**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

JOSE ROBERTO VOLPITO LOPEZ,

      Petitioner,

v.                                                                                       Action No.   2:26cv174

JEFFREY CRAWFORD,
ICA-Farmville Detention Center, et al.,

      Respondents.


**FINAL ORDER**

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition of Jose Roberto Volpito Lopez ("Lopez"), previously a detainee of United States Immigration and Customs Enforcement ("ICE").   ECF No. 1.   Lopez signed a petition on February 5, 2026, while detained at the Farmville Detention Center in Farmville, Virginia, alleging he had been unlawfully detained by ICE without a bond hearing.   *Id.* at 1–2, 6, 10.   ICE removed Lopez from the United States to Guatemala on February 21, 2026, before the petition was filed.   ECF Nos. 7, 7-1.   The petition was received by the Court and docketed on February 24, 2026.   ECF No. 1.   The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules.   ECF No. 4.

The Magistrate Judge's Report and Recommendation filed March 31, 2026, recommends that the petition be denied and dismissed without prejudice for lack of jurisdiction due to Lopez's removal from the United States.   ECF No. 11.   The parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 4, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

The Clerk shall forward a copy of this Final Order to Lopez and to counsel for respondent.

Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
April 22, 2026

2